# In the United States Court of Federal Claims

No. 19-1260C
(Filed August 28, 2019)
NOT FOR PUBLICATION

```
* * * * * * * * * * * * * * * *
                               *
                               *
                               *
WALTER ALLEN,                  *
                               *
              Plaintiff,       *
                               *
   v.                          *
                               *
THE UNITED STATES,             *
                               *
              Defendant.       *
                               *
* * * * * * * * * * * * * * * *
```

## ORDER

On August 26, 2019, Walter Allen filed a complaint in this court. The complaint is lengthy and difficult to follow, but it seems to concern a domestic dispute between Mr. Allen and his spouse. The Court has carefully reviewed his complaint and Mr. Allen does not make any claims concerning the United States government. Under the Tucker Act, 28 U.S.C. § 1491, this court's jurisdiction is limited to certain actions against the United States seeking money damages which do not sound in tort. As Mr. Allen's claim is not against the United States, and he has not identified any basis for jurisdiction, such as a money-mandating statute or federal contract, *see United States v. Mitchell,* 463 U.S. 206, 216–18 (1983), it is **DISMISSED** for lack of subject-matter jurisdiction pursuant to Rule 12(h)(3) of the Rules of the United States Court of Federal Claims. The Clerk shall close the case.

**IT IS SO ORDERED.**

*/s/ Victor J. Wolski*
VICTOR J. WOLSKI
Senior Judge

7018 0040 0001 1393 1365